# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TALMADGE DERRELL BARNES, | : | Civil No. 1:22-CV-00049 |
| Petitioner, | : | |
| v. | : | |
| J.L. JAMISON, WARDEN, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th, day of January, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Barnes' petition for a writ of habeas corpus, Doc. 1, pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner's motion for emergency compassionate release, Doc. 2, is **DISMISSED**.

3. Petitioner's motion to proceed *in forma pauperis*, Doc. 3, is **DENIED AS MOOT**.

4. The Clerk of Court is directed to close this case.

s/ Jennifer P. Wilson
Jennifer P. Wilson
United States District Court Judge
Middle District of Pennsylvania